IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01754-PSF-BNB

SATURN OF COLORADO SPRINGS, LLC,

Plaintiff,

v.

J.D.I. INC., a Florida corporation, and
ANTHONY HABOIAN, individually,

Defendants.
_____

**ORDER**
_____

This case was set for a scheduling conference this morning at 9:00 a.m. Counsel for the plaintiff appeared, having previously submitted a proposed scheduling order containing input only from the plaintiff and without any input from either defendant. Defendant Anthony Haboian appeared by telephone, *pro se*. There was no appearance for defendant J.D.I., Inc. Consistent with matters discussed this morning on the record:

IT IS ORDERED that a supplemental scheduling conference is set for **December 14, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Prior to the supplemental scheduling conference, counsel and/or any *pro se* parties shall prepare a proposed scheduling order in compliance with D.C.COLO.L CivR App. F and submit it to the court on or before **December 7, 2005**.

IT IS FURTHER ORDERED that Anthony Haboian shall have an extension of time, to and including **December 1, 2005**, within which to respond to the Complaint and Jury Demand.

Dated November 17, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge