IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01754-PSF-BNB

SATURN OF COLORADO SPRINGS, LLC,

Plaintiff,

v.

J.D.I. INC., a Florida corporation, and
ANTHONY HABOIAN, individually,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **June 1, 2006**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 27, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge