IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01754-PSF-BNB

SATURN OF COLORADO SPRINGS, LLC,

     Plaintiff,

v.

J.D.I., INC., a Florida corporation; and
ANTHONY HABOIAN, individually,

     Defendants.

---

## ORDER SETTING HEARING

---

This matter is before the Court on Plaintiff's Motion to Compel Defendant

Anthony Haboian to Comply with the Terms of the Settlement Agreement (Dkt. # 50),

filed June 1, 2006.  It is hereby ORDERED that all parties shall appear personally,

including a representative from each corporate party, as well as all counsel of record,

for a hearing on this motion on **Friday, June 9, 2006 at 1:00 p.m.**, in Courtroom A602

of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj

U.S. Courthouse, 901 19th Street, Denver, Colorado.  Any response by Defendants

J.D.I., Inc., and/or Anthony Haboian shall be filed by **5:00 p.m. on Wednesday, June

7, 2006.**

     DATED: June 1, 2006

                     BY THE COURT:

                     *s/ Phillip S. Figa*

                     _____

                     Phillip S. Figa
                     United States District Judge