IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01754-PSF-BNB

SATURN OF COLORADO SPRINGS, LLC,

    Plaintiff,

v.

J.D.I., INC., a Florida corporation; and
ANTHONY HABOIAN, individually,

    Defendants.

## ORDER GRANTING DISMISSAL AND VACATING HEARING

    This matter is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 52) and Stipulated Motion to Vacate Hearing (Dkt. # 53).  It is hereby

    ORDERED that this case is DISMISSED with prejudice, each party to pay his or its own attorney fees and costs.  In light of the dismissal, the motion hearing set for June 9, 2006 at 1:00 p.m. is VACATED.

    DATED: June 8, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge